UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ MAY 02 2013 ★
BROOKLYN OFFICE

UNITED STATES OF AMERICA

– against –

Docket No. 11 cr 486 (DLI)

Hasan Kurti

## CONSENT TO HAVE A PLEA TAKEN
## BEFORE A UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge has informed me of my right to have my plea taken before a United States District Judge. I have further been advised, however, that I may consent to have the plea taken before a Magistrate Judge. I understand that I will suffer no prejudice if I refuse to so consent. I further understand that if I do not consent, the District Court Judge assigned rather than the Magistrate Judge will conduct the plea allocution.

After having discussed this matter fully with my counsel, I hereby consent to enter my plea before a Magistrate Judge.

_Hasan Kurti_
Defendant

_[signature]_
U.S. Attorney
by AUSA _Una Dean_

_[signature]_
Defendant's Attorney

Dated: Brooklyn, New York
5/2/13

BEFORE:   s/JMA
UNITED STATES MAGISTRATE JUDGE