# CRIMINAL CAUSE FOR PLEADING
## 11-CR-486 (DLI) USA v. Kurti

**BEFORE:** MAGISTRATE JUDGE AZRACK     **DATE:** 5/2/13

**DEFENDANT'S NAME:** Hasan Kurti
   _X_ present    ___ not present   _X_ custody    ___ bail

**DEFENSE COUNSEL:** Florian Miedel
   _X_ present    ___ not present   _X_ CJA    ___ RET    ___ PDA

**AUSA:** Una Dean      **LAW CLERK:** Amy Weiner

**INTERPRETER:** No      **Language:** _____

**FTR:** Tape # 1:55:09 – 2:14:05

- _X_   CASE CALLED
- _X_   DEFENDANT: _X_ SWORN _X_ INFORMED OF RIGHTS
- ___   WAIVER OF INDICTMENT EXECUTED FOR DEFENDANT
- ___   SUPERCEDING INDICTMENT / INFORMATION FILED
- ___   DEFT. FAILED TO APPEAR, BENCH WARRANT ISSUED
- _X_   DEFT. WITHDRAWS NOT GUILTY PLEA AND ENTERS GUILTY PLEA TO lesser incl. in COUNT _3_ OF THE SUPERCEDING INDICTMENT
- _X_   COURT FINDS FACTUAL BASIS FOR THE PLEA
- ___   SENTENCING SET FOR: _____
- _X_   SENTENCING TO BE SET BY JUDGE IRIZZARY
- ___   BAIL: ___ SET ___ CONT'D FOR DEFT. _X_ CONT'D IN CUSTODY
- _X_   TRANSCRIPT ORDERED

OTHER: Pursuant to Federal Rule 11 of Criminal Procedure, the Magistrate did administer the allocution. A finding has been made that the plea was made knowingly and voluntarily and the plea was not coerced. The Magistrate recommends the plea of guilty be accepted.