# EXHIBIT A

April 25, 2013

Dear Honorable Judge Irizarry,

My name is Alma Kurti and my husband's name is Hasan Kurti. Hasan & I met in Kosovo and we got married in the year 2004. We have a daughter and son; Vesa, 4 years old and Isen, 6 years old. From 2004 through 2009 we lived together in Kosovo at the home of Hasan's father, Islam. In 2009, Hasan returned to New York by himself, because my Green Card paper work was still in process. To prepare for our arrival and to be able to financially support us, Hasan received his CDL license and became employed at Swift Transportation as a truck driver. He eventually left Swift to work for Walter & Sons Tree Service, a landscaping company in Lincolndale, NY. He felt that Walter & Sons offered him more opportunities to learn various skills that would inevitably further his professional career potential. From 2009 up until his arrest in July 2011, Hasan worked consistently and supported our family by sending $200.00/week to us while we were in Kosovo. In late 2010, our children & I joined Hasan in New York for a period of eight (8) months leading up to July 2011. My life fell apart in the days following his arrest. I became extremely depressed; I was 22 years old in a foreign country with two small children. I did not speak English and was not formally educated. My parents & siblings were a world away. I didn't know how we would survive, so I made the difficult choice to leave New York, where my husband was imprisoned and return to Kosovo to live with my mother, step-father and younger siblings. They try to help my children & I as much as they can, but in reality it is a burden to them.

Every day I struggle with so many of my own emotions: worrying about how I'm going to put food on the table to feed my children; the constant "when is daddy coming home" questions; the health & safety of Hasan; the thoughts of being a burden to others; the loneliness, stress and anxiety I feel without my best friend. Hearing, seeing and feeling the tears and sadness in my children's eyes for their father makes it so very difficult to stay positive and productive. My children have been seeing a psychiatrist consistently, because they were traumatized by witnessing the arrest of their father and having him abruptly removed from their life. Vesa & Isen need their father; his love, his guidance, his laughter, and most importantly his support to live happy, healthy lives. Hasan is a kind, genuine and loving husband and father. We love and miss him so much. Please allow him to come home to us soon, so that we can raise our children together.

With the Utmost Respect,

Alma Kurti

*Alma Kurti*

# EXHIBIT B

Case 1:11-cr-00486-DLI   Document 1237-1   Filed 09/11/13   Page 3 of 5 PageID #: 8097

Dear Honorable Judge Irizarry,

Hasan Kurti is my brother in-law, which he is more like a brother to me then a brother in-law He is a guy with a big heart that is bigger than his chest.

Hasan's family is from Albania, they are very cultured and they believe that an Albanian girl should grow up to marry an Albanian guy. When Hasan sister introduced me to Hasan, she told him that she was dating a guy who was not Albanian, but was Italian. She was nervous of what he would say but she new that she could tell any of the family it would be Hasan first. He turned around and told her that if she is happy, that he is happy for her. Hasan welcomed me with opened arms and he told his sister and rest of the family that I have his blessing to go on seeing his younger sister. Hasan said he was going to sit down with the rest of the family and tell them that my sister is going to marry outside of the culture and they should welcome me into their family. If it wasn't for him I wouldn't be happily married to his sister and wouldn't have a beautiful boy. Your Honor, that is what Character is to me.

Sincerely,

Steven Cassiliano

Your Honour Judge Irizarry,

My name is Valbone Kurti I'm writing you today in regards to my brother Hasan Kurti. My brother and I have been always close since our childhood, where I'd be able to go to him for anything. Hasan has always been there for me when I needed him.

Most importantly, my brother Hasan played an important role in my life after I had my son, even when he was living in Kosovo with his own family. He would call to check up on me almost every day to see how I was doing with my newly born son. Hassan is a good hearted man that gives respect to women and elderly people, For an example, I have seen my brother Hasan running to help an elderly person who was carrying bags in their hands, telling the elderly woman," Come on sister, I got this, let me walk you home" and grabbed her bags from her hands with a smile on his face that brightens up a room. This is my brother Hasan who has so much love to spread..

Your Honor my brother is a good man. Please allow him to come back to his family to start a new beginning. He deserves a chance.

Sincerely,

*Valbone Kurti*
Valbone Kurti